## BLUE CROSS/BLUE SHIELD OF CONNECTICUT, INC. *v.* WALTER S. GURSKI, JR.

The defendant's petition for certification for appeal from the Appellate Court (AC 15814) is denied.

*Richard A. Smith,* in support of the petition.

*Julie A. Manning,* in opposition.

Decided July 8, 1996

## STATE OF CONNECTICUT *v.* ROBERT M. BROWN

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 41 Conn. App. 317 (AC 14983), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that (1) the trial court abused its discretion in denying the defendant's motion for a continuance for DNA testing, and (2) the error was so prejudicial that it denied the defendant a fair trial?"

The Supreme Court docket number is SC 15481.

*Rita M. Shair,* assistant state's attorney, in support of the petition.

*G. Douglas Nash,* public defender, in opposition.